JAMES N. KRAMER (SBN 154709)
*Email:  jkramer@orrick.com*
ALEXANDER K. TALARIDES (SBN 268068)
*Email:  atalarides@orrick.com*
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     (415) 773-5700
Facsimile:     (415) 773-5759

*Attorneys for Defendants*

DAVID W. HALL (SBN 274921)
ARMEN ZOHRABIAN (SBN 230492)
Four Embarcadero Center, Suite 1400
San Francisco, CA 94104
Telephone: (415) 755-3534
Facsimile: (415) 402-0058
dhall@hedinhall.com
azohrabian@hedinhall.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN MICHAEL HART, Individually and on Behalf of All Others Similarly Situated,<br><br>                         Plaintiff,<br><br>          vs.<br><br>BLOCK, INC., formerly known as Square Inc., JACK DORSEY, ANTHONY EISEN, and AMRITA AHUJA,<br><br>                         Defendants. | Case No. 3:23-cv-00455<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO TRANSFER VENUE**<br><br>Judge: Honorable Trina L. Thompson<br>Courtroom: 9, 19th Floor |

STIPULATION AND ORDER TO TRANSFER VENUE

WHEREAS, on January 31, 2023, plaintiff Jordan Michael Hart ("Plaintiff") filed on behalf of persons and entities who purchased or otherwise acquired Block, Inc. ("Block") securities between November 4, 2021 and April 4, 2022 (the "Class") a putative securities class action in this Court alleging claims for violations of the federal securities laws against defendants Block, Jack Dorsey, Anthony Eisen, and Amrita Ahuja (collectively, "Defendants");

WHEREAS, undersigned counsel for Defendants are authorized to accept and hereby do accept service of the summons and complaint in this matter on behalf of all Defendants;

WHEREAS, on October 11, 2022, a related securities class action arising out of substantially the same facts and circumstances as this action was filed on behalf of the same Class in the U.S. District Court for the Southern District of New York under the caption *Esposito v. Block, Inc., et al.*, Case. No. 22-cv-08636 (S.D.N.Y.), alleging similar claims for violations of the federal securities laws against the same Defendants (the "Related Securities Class Action");

WHEREAS, the U.S. District Court for the Southern District of New York has appointed a Lead Plaintiff and Class Counsel in the Related Securities Class Action pursuant to the Private Securities Litigation Reform Act of 1995;

WHEREAS, the U.S. District Court for the Southern District of New York has entered a scheduling order in the Related Securities Class Action, setting forthcoming deadlines for the Lead Plaintiff to file an amended complaint, and a briefing schedule on Defendants' anticipated motion to dismiss the forthcoming amended complaint;

WHEREAS, in the parties' interests of promoting justice and efficiency, and given the related nature of the Related Securities Class Action, the parties to this action have conferred and agree to voluntarily transfer this action to the U.S. District Court for the Southern District of New York for inclusion in, and consolidation with, the Related Securities Class Action;

NOW WHEREFORE, IT IS HEREBY STIPULATED by the parties, through their counsel of record, and subject to Court approval, that this action is hereby transferred pursuant to 28 U.S.C. § 1404(a) to the U.S. District Court for the Southern District of New York.

STIPULATION AND ORDER TO TRANSFER VENUE

Dated: February 20, 2023

ORRICK, HERRINGTON & SUTCLIFFE LLP


_/s/ Alexander K. Talarides_
Alexander K. Talarides
Attorneys for Defendants


Dated: February 20, 2023

HEDIN HALL LLP


_/s/ David W. Hall_
David W. Hall
Attorneys for Plaintiff


***

## ORDER

Based on the stipulation of the signed parties, and good cause appearing, IT IS HEREBY ORDERED that the Stipulation is granted, and this action is hereby ordered transferred pursuant to 28 U.S.C. § 1404(a) to the United States District Court for the Southern District of New York.

**IT IS SO ORDERED.**


DATED: February 21, 2023

THE HONORABLE TRINA L. THOMPSON
UNITED STATES DISTRICT JUDGE

- 3 -                    STIPULATION AND ORDER TO TRANSFER VENUE