# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:23−cv−00455−TLT

Hart v. Block, Inc. et al
Assigned to: District Judge Trina L Thompson
Cause: 15:78m(a) Securities Exchange Act

Date Filed: 01/31/2023
Date Terminated: 02/21/2023
Jury Demand: Plaintiff
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

**Plaintiff**

**Jordan Michael Hart**
*Individually and on Behalf of All Others*
*Similarly Situated*

represented by **David William Hall**
Hedin Hall LLP
Four Embarcadero Center, Suite 1400
San Francisco, CA 94104
(415) 766−3534
Fax: (415) 402−0058
Email: dhall@hedinhall.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Armen Zohrabian**
Hedin Hall LLP
Four Embarcadero Center, Suite 1400
San Francisco, CA 94104
(415) 766−3534
Fax: (415) 402−0058
Email: azohrabian@hedinhall.com
*ATTORNEY TO BE NOTICED*

**Frank James Johnson**
Johnson Fistel, LLP
501 West Broadway, Suite 800
San Diego, CA 92101
(619) 230−0063
Fax: (619) 255−1856
Email: FrankJ@johnsonfistel.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Block, Inc.**
*formerly known as*
Square Inc.

**Defendant**

**Jack Dorsey**

**Defendant**

**Amrita Ahuja**

**<u>Defendant</u>**

**Anthony Eisen**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/31/2023 | Ï 1 | CLASS ACTION COMPLAINT *For Violations of the Federal Securities Laws*, Demand For Jury Trial against All Defendants (Filing fee $402, receipt number BCANDC–17946800). Filed by Jordan Michael Hart. (Attachments: # <u>1</u> Civil Cover Sheet, # <u>2</u> Exhibit PSLRA Certification)(Hall, David) (Filed on 1/31/2023) (Entered: 01/31/2023) |
| 01/31/2023 | Ï 2 | Proposed Summons. (Hall, David) (Filed on 1/31/2023) (Entered: 01/31/2023) |
| 02/01/2023 | Ï 3 | Case assigned to Judge Trina L Thompson. <br><br>Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E–Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening. <br><br>Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. (mbc, COURT STAFF) (Filed on 2/1/2023) (Entered: 02/01/2023) |
| 02/02/2023 | Ï 4 | **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 4/27/2023. Initial Case Management Conference set for 5/4/2023 at 2:00 PM in San Francisco, Courtroom 09, 19th Floor. (jlg, COURT STAFF) (Filed on 2/2/2023) (Entered: 02/02/2023)** |
| 02/02/2023 | Ï 5 | Summons Issued as to Amrita Ahuja, Block, Inc., Jack Dorsey, Anthony Eisen. (jlg, COURT STAFF) (Filed on 2/2/2023) (Entered: 02/02/2023) |
| 02/20/2023 | Ï 6 | STIPULATION WITH PROPOSED ORDER *JOINT STIPULATION AND PROPOSED ORDER TO TRANSFER VENUE* filed by Jordan Michael Hart. (Hall, David) (Filed on 2/20/2023) (Entered: 02/20/2023) |
| 02/21/2023 | Ï 7 | **ORDER GRANTING <u>6</u> STIPULATION AND ORDER TO TRANSFER VENUE. Signed by Judge Trina L. Thompson on 2/21/2023. (rfm, COURT USER) (Filed on 2/21/2023) (Entered: 02/21/2023)** |
| 02/21/2023 | Ï 8 | Remark: Emailed ECFhelpdesk to transfer case to Southern District of New York. (ark, COURT STAFF) (Filed on 2/21/2023) (Entered: 02/21/2023) |